UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-five,

United States Securities & Exchange Commission,

    Plaintiff - Appellee,

CTBC Bank Corp. (USA),

    Intervenor,

Sills Cummis & Gross, P.C.,

    Petitioner,

  v.

Richard Xia, AKA Yi Xia, Fleet New York Metropolitan Regional Center LLC, formerly known as Federal New York Metropolitan Regional Center, LLC,

    Defendants - Appellants,

Julia Yue, AKA Jiqing Yue,

    Relief Defendant - Appellant,

Xi Verfenstein, Relief Defendant, Xinming Yu, Relief Defendant, Fleet Financial Group, Inc.,

    Defendants.

**ORDER**
Docket No. 25-1683

Appellee United States Securities & Exchange Commission's submission of a Stay Status Update Letter does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Stay Status Update Letter is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court